**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LAZARO CABRERA and GEORGIA L DAVIS,**

    Plaintiffs,

v.                                             **Case No: 5:10-CV-415-Oc-34PRL**

**TOWN OF LADY LAKE, FLORIDA**

    Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Unseal Documents. (Doc. 69). The Court previously granted the parties' requests to file three documents under seal – S-1, S-2, and S-3. (Docs. 19 & 28). Plaintiffs represent that the need for the seal has passed and request that the Court unseal these documents. Defendant has no objection.

Upon due consideration, Plaintiffs' Unopposed Motion to Unseal Documents (Doc. 69) is **GRANTED**. The Clerk shall unseal S-1, S-2, and S-3 and file them as separate entries on the docket.

**DONE** and **ORDERED** in Ocala, Florida on July 19, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties